UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA L. VAUGHN,<br><br>        Plaintiff,<br><br>v.<br><br>TAKESHA COLLINS, *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-01514-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, STRIKING THE COMPLAINT, AND DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF AN OPERATIVE COMPLAINT, FAILURE TO PROSECUTE, AND FAILURE TO OBEY A COURT ORDER<br><br>Doc. 5 |

      Plaintiff Rita L. Vaughn is proceeding pro se in this civil action filed on December 12, 2024. Doc. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On December 13, 2024, the assigned magistrate judge determined plaintiff's complaint was unsigned and ordered plaintiff to file a signed copy of the complaint by January 13, 2025. Doc. 3. Plaintiff did not file a signed copy of the complaint or otherwise communicate with the Court. *See* Docket.

      Thereafter, on February 5, 2025, the magistrate judge issued findings and recommendations recommending that the unsigned complaint be stricken pursuant to Federal Rule of Civil Procedure 11(a) for lack of a signature. Doc. 5. The magistrate judge further recommended that this action be dismissed, without prejudice, for lack of an operative complaint pursuant to Federal Rule of Civil Procedure 3, for failure to prosecute, and for failure

to comply with Court's December 13, 2024 order. *Id.* The findings and recommendations contained notice that any objections thereto were to be filed within thirty (30) days after service. *Id*. at 5. Plaintiff did not file any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 5, 2025, Doc. 5, are adopted in full;
2. Plaintiff's complaint filed December 12, 2024, is stricken for lack of signature;
3. This action is dismissed without prejudice for lack of an operative complaint, for failure to prosecute, and for failure to obey a Court order; and
4. The Clerk of Court is directed to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated:   March 24, 2025

UNITED STATES DISTRICT JUDGE